IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHE'AMIR WRIGHT, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | NO. 07-211 |
| FRANK TENNIS, et al., | : | |
| Respondents. | : | |

**ORDER**

AND NOW, this 30th day of July, 2007, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the Response thereto, and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin dated June 29, 2007, IT IS HEREBY ORDERED that:

1. the R&R is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

JUAN R. SÁNCHEZ, U.S.D.J.